[No. 18581-1-I. Division One. April 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK A. BERRY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-8-00841-3, Stephen M. Gaddis, J. Pro Tem., entered May 21, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Pekelis, JJ.

[No. 18772-4-I. Division One. April 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EVERETT DUNLAP, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-1-00122-3, Byron L. Swedberg, J., entered May 29, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Grosse, JJ.

[No. 19369-4-I. Division One. April 11, 1988.]

TONJA ESPERAS-BARTON, ET AL, *Appellants,* v. LOUIS BAROH, ET AL, *Defendants,* GEORGE WHITE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-17733-1, Lloyd W. Bever, J., entered October 7, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Coleman, A.C.J., concurred in by Grosse and Pekelis, JJ.